Mamie Mills, Respondent, v. Maurice Beck, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.

Ella B. Olmsted, Appellant, v. F. W. Woolworth Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

The Ossining National Bank, Respondent, v. The Sterling Smelting Company and Others, Defendants, Impleaded with Louis Schoolhouse, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Andrew Kublis, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered, upon the ground that the evidence does not establish the guilt of the defendant beyond a reasonable doubt. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Joseph Rocco, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Charles M. Nash, Respondent, v. William Williams, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.— Order reversed, without costs. (See *People ex rel. Finch* v. *Williams, ante*, p. 929, decided herewith.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.